IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LAKISHA SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:11-00476 |
| | ) | JUDGE CAMPBELL/KNOWLES |
| | ) | |
| | ) | JURY DEMAND |
| COUNTRYWIDE HOME LOANS, | ) | |
| BANK OF AMERICA CORPORATION, | ) | |
| BAC HOME LOANS SERVICING, | ) | |
| NATIONWIDE TRUSTEE SERVICES, | ) | |
| INC., and JOHN DOE 1 THROUGH 10, | ) | |
| INDEPENDENTLY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court upon a "Motion for Leave of the Court to File Motion to Intervene," filed by Chris Simmons, who is not a party to this action. Docket No. 85. With the "Motion for Leave," Plaintiff has submitted his proposed Motion to Intervene. Docket No. 85-1.

Despite the fact that Mr. Simmons was not a party, he previously filed a number of documents in this action, and the undersigned entered several Orders noting that these documents, while they could not be stricken, would not be considered for any purpose. Docket Nos. 71, 72, 73.

Mr. Simmons has now filed the instant Motion for Leave to be allowed to file a Motion to Intervene.

In view of the foregoing, the Court concludes that Mr. Simmons should be granted leave

in order to file a Motion to Intervene. Therefore, the instant Motion for Leave (Docket No. 85) is GRANTED.

The "Motion to Intervene" itself (Docket No. 85-1) will be addressed in a separate Order.

IT IS SO ORDERED.

E. Clifton Knowles
United States Magistrate Judge