IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LAKISHA SIMMONS )
)
v. ) NO. 3-11-0476
) JUDGE CAMPBELL
COUNTRYWIDE HOME LOANS, et al. )

ORDER

Pending before the Court are three Reports and Recommendations of the Magistrate Judge (Docket Nos. 75, 77 and 95), to which Plaintiff has filed no Objections.[1] The Court has reviewed the Reports and Recommendations and the file. The Reports and Recommendations (Docket Nos. 75, 77 and 91) are adopted and approved.

Accordingly, the Motion to Dismiss filed by Defendants Countrywide Home Loans, Inc., Bank of America Corporation, and BAC Home Loans Servicing, L.P. (Docket No. 11) is GRANTED, and Plaintiff's claims against those three Defendants are DISMISSED.

In addition, the Motion to Dismiss filed by Defendant Nationwide Trustee Services, Inc. (Docket No. 38) is also GRANTED, and Plaintiff's claims against Defendant Nationwide Trustee Services, Inc. are DISMISSED.

Finally, Chris Simmons' Motion to Intervene (Docket No. 89) is DENIED.

This action is referred to the Magistrate Judge to decide or recommend decision on any other pending Motions and to take any further action pursuant to this Court's prior Order (Docket No.9).

---

[1] A third party, Chris Simmons, filed a Motion for Extension of Time to respond to the Reports and Recommendations (Docket No. 87). Mr. Simmons, however, is not a party to this action and, therefore, has no right to respond. To the extent Mr. Simmons seeks additional time to respond to the third Report and Recommendation (Docket No. 91), which specifically denies Mr. Simmons' Motion to Intervene, his Motion (Docket No. 87) is denied.

IT IS SO ORDERED.

                                                       _____
                                                       TODD J. CAMPBELL
                                                       UNITED STATES DISTRICT JUDGE